# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cr-201-MOC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| CAMERON JAMOND HALLMAN, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on defendant's pro se Motion to Reduce Sentence Pursuant to First Step Act of 2018, (Doc. No. 26).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: December 23, 2020

Max O. Cogburn Jr.
United States District Judge