UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-00201

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| vs. | ) |
| | ) **ORDER** |
| CAMERON JAMOND HALLMAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on Defendant's pro se motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 821 to the United States Sentencing Guidelines. (Doc. Nos. 36, 37). To the extent Defendant attempts to relitigate his prior motion for compassionate release or sentence reduction (Doc. No. 26), Defendant's motion is denied. See (Doc. No. 35). The Court will, however, require the Government to respond to Defendant's motion for sentence reduction under Amendment 821, because Defendant was assessed two criminal history points for committing the instant offense while under a criminal justice sentence. (Doc. No. 16 at 12).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL** respond to Defendant's pro se motion to reduce sentence (Doc. No. 36) within 30 days of the entry of this order.

Signed: May 15, 2024

Max O. Cogburn Jr.
United States District Judge

1